IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO.  1:97-CR-105 (3) |
| | § | |
| v. | § | |
| | § | |
| | § | JUDGE MICHAEL TRUNCALE |
| REDDERICK WAYNE HOPE, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending is a *Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)* (Doc. No. 144) filed by the Defendant, Redderick Wayne Hope ("Hope"), on October 7, 2020. The Government filed a response opposing Hope's request on November 4, 2020 (Dkt. 148).  Hope filed a *Memorandum Response* on April 6, 2022 (Doc. No. 155), the Government filed a response on June 13, 2022 (Dkt. 157), and Hope filed a subsequent rebuttal on June 27, 2022.  Hope's original Motion for Compassionate Release was referred to United States Magistrate Judge Zack Hawthorn on April 27, 2023.  (Dkt. 160.)  On August 23, 2023, Judge Hawthorn filed his *Report and Recommendation* that Hope's motion be granted, and reducing his sentence to "time served."  (Dkt. 163.)

The Court has received and considered the report.  The parties have not filed objections to the report and recommendation, and the time for doing so has passed.  *See* 28 U.S.C. 636(b)(1).

It is therefore ORDERED that Hope's *Motion for Compassion Release* (Dkt. 144) is GRANTED.  His sentence is reduced to time served, with supervised release for 3 years to

follow on terms previously imposed. An Amended Judgement will be entered separately. This sentence will be stayed for fourteen days to provide the Bureau of Prisons and the United States Probation Office time to implement the amended sentence. The clerk shall provide a copy of this order to the Bureau of Prisons and the Probation Office.

**SIGNED this 18th day of September, 2023.**

Michael J. Truncale
United States District Judge